UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| A.M., by and through his parents and natural guardians, Christopher Messineo and Jill Messineo; E.M., by and through her parents and natural guardians, Christopher Messineo and Jill Messineo; CHRISTOPHER MESSINEO, individually; JILL MESSINEO, individually; A.S., by and through her parents and natural guardians, Russell Senesac and Selena Senesac; RUSSELL SENESAC, individually; SELENA SENESAC, individually; A.H., by and through her parents and natural guardians, James Hester and Darlene Hester; JAMES HESTER, individually; DARLENE HESTER, individually; and the ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, <br><br> *Plaintiffs,* <br> v. <br><br> DANIEL M. FRENCH, in his official capacity as Secretary of the Vermont Agency of Education, <br><br> *Defendant*. | Case No. 2:19-cv-00015-cr |

**STIPULATED MOTION TO SUSPEND SCHEDULING DEADLINES AND STAY RELATED PROCEEDINGS PENDING APPEAL**

The parties, by and through their attorneys, stipulate that:

1. On April 2, 2020, at the request of the parties and due to concerns about the COVID-19 epidemic, the Court entered an order extending the deadlines for Discovery and Motions for Summary Judgment until June 30, 2020 and August 17, 2020, respectively.

2. On May 29, 2020, the Court issued an Opinion and Order denying Plaintiffs' Motion for Preliminary Injunction (ECF Doc. 85).

3.	On June 8, 2020, the Plaintiffs filed their Notice of Appeal to the U.S. Court of Appeals for the Second Circuit regarding the Court's denial of their Motion for Preliminary Injunction (ECF Doc. 86).

4.	The Plaintiffs' appeal seeks legal guidance from the Court of Appeals that directly bears on proceedings in this Court going forward.

5.	The parties deem it necessary to suspend the deadlines for Discovery, Motions for Summary Judgment, and Trial Readiness and to stay any related proceedings before this Court during the pendency of proceedings at the U.S. Court of Appeals for Second Circuit under Docket No. 20-1772 ("Plaintiffs' Appeal").

6.	Defendant is concluding work on his Privilege Log and, despite this Motion, will produce it as soon as it is completed.

7.	The parties expect to resume all proceedings before this Court as soon as the Court of Appeals addresses Plaintiffs' Appeal and will work together and with the Court to re-establish the appropriate scheduling deadlines at that time.

WHEREFORE, the parties respectfully request that the Court suspend the Parties' Discovery, Summary Judgment, and Trial Readiness Deadlines and Stay Related Proceedings until the Court of Appeals has addressed Plaintiffs' Appeal.

Respectfully submitted this 7th day of July 2020.

*/s/ Thomas E. McCormick*

| | |
|---|---|
| Thomas E. McCormick (VT Bar No. 837) | Gregory S. Baylor (TX Bar No. 01941500) |
| MCCORMICK, FITZPATRICK, KASPER & BURCHARD, P.C. | Paul Daniel Schmitt (IN Bar No. 34765-49) |
| | ALLIANCE DEFENDING FREEDOM |
| 40 George Street | 440 First Street NW, Suite 600 |
| Burlington, VT 05402-0638 | Washington, D.C. 20003 |
| Telephone: 802-863-3494 | Telephone: 202-393-8690 |
| Fax: 802-865-9747 | Fax: 202-347-3622 |
| Email: tem@mc-fitz.com | Email: GBaylor@ADFlegal.org |

| | |
|---|---|
| Email: PSchmitt@ADFlegal.org | STATE OF VERMONT |
| David A. Cortman (GA Bar No. 188810)<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Rd. Suite D-1100<br>Lawrenceville, GA 30043<br>Telephone: 770-339-0774<br>Fax: 770-339-6744<br>Email: DCortman@ADFlegal.org | THOMAS J. DONOVAN, JR.<br>ATTORNEY GENERAL<br><br>By:  *Jon T. Alexander*<br>Jon T. Alexander<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802) 828-1101<br>jon.alexander@vermont.gov |
| Ryan Tucker (AZ Bar No. 034382)<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: 480-444-0020<br>Fax: 480-444-0028<br>Email: RTucker@ADFlegal.org | Counsel for Defendant<br>Daniel M. French, Secretary of the<br>Vermont Agency of Education |
| Counsel for Plaintiffs | |