UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| A.M., by and through his parents and natural guardians, Christopher Messineo and Jill Messineo; E.M., by and through her parents and natural guardians, Christopher Messineo and Jill Messineo; CHRISTOPHER MESSINEO, individually; JILL MESSINEO, individually; A.S., by and through her parents and natural guardians, Russell Senesac and Selena Senesac; RUSSELL SENESAC, individually; SELENA SENESAC, individually; A.H., by and through her parents and natural guardians, James Hester and Darlene Hester; JAMES HESTER, individually; DARLENE HESTER, individually; and the ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, <br><br> *Plaintiffs,* <br><br> v. <br><br> DANIEL M. FRENCH, in his official capacity as Secretary of the Vermont Agency of Education, <br><br> *Defendant.* | Case No. 2:19-cv-00015-cr |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties, through their respective counsel, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby agree that this action may be dismissed with prejudice and that, notwithstanding funds paid pursuant to the parties' Final Settlement Agreement, the parties hereto shall bear their respective costs and expenses incurred in this action. The parties will not make motions under Federal Rule of Civil Procedure 54.

Respectfully submitted this 12th day of November 2021.

| | |
|---|---|
| */s/ Thomas E. McCormick* <br> Thomas E. McCormick (VT Bar No. 837) <br> MCCORMICK, FITZPATRICK, KASPER & <br> BURCHARD, P.C. <br> 40 George Street <br> Burlington, VT 05402-0638 <br> Telephone: 802-863-3494 <br> Fax: 802-865-9747 <br> Email: tem@mc-fitz.com <br><br> Paul Daniel Schmitt* (IN Bar No. 34765-49) <br> ALLIANCE DEFENDING FREEDOM <br> 440 First Street NW, Suite 600 <br> Washington, D.C. 20003 <br> Telephone: 202-393-8690 <br> Fax: 202-347-3622 <br> Email: PSchmitt@ADFlegal.org <br><br> David A. Cortman (GA Bar No. 188810) <br> ALLIANCE DEFENDING FREEDOM <br> 1000 Hurricane Shoals Rd., Suite D-1100 <br> Lawrenceville, GA 30043 <br> Telephone: 770-339-0774 <br> Fax: 770-339-6744 <br> Email: DCortman@ADFlegal.org <br><br> Ryan Tucker* (AZ Bar No. 034382) ALLIANCE DEFENDING FREEDOM <br> 15100 N. 90th Street <br> Scottsdale, AZ 85260 <br> Telephone: 480-444-0020 <br> Fax: 480-444-0028 <br> Email: RTucker@ADFlegal.org <br><br> Counsel for Plaintiffs <br><br> *Admitted Pro Hac Vice* | STATE OF VERMONT <br><br> THOMAS J. DONOVAN, JR. <br> ATTORNEY GENERAL <br><br> By:  *Rachel E. Smith* <br> Rachel E. Smith <br> Deputy Solicitor General <br> Office of the Attorney General <br> 109 State Street <br> Montpelier, VT 05609 <br> (802) 828-3178 <br> rachel.e.smith@vermont.gov <br><br> Counsel for Defendant <br> Daniel M. French, Secretary of the <br> Vermont Agency of Education |